UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARDEE'S FOOD SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:09-cv-00664-CAS |
| v. ) | |
| ) | |
| JEFFREY T. HALLBECK, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER VENUE**

COMES NOW Plaintiff Hardee's Food Systems, Inc. ("Hardee's"), and for its Consent Motion For Extension of Time to File Response Brief in Opposition to Defendants' Motion to Dismiss or to Transfer Venue (the "Motion"), states as follows:

1. Defendants filed the Motion on June 11, 2009.

2. Hardee's response brief in opposition to the Motion is due on June 23, 2009.

3. The Motion, Defendants' brief in support thereof, and the supporting materials submitted by Defendants are in excess of 45 pages.

4. In order to properly respond to the Motion, Hardee's requests an extension of time of twenty (20) days, up to and including July 13, 2009, in which to file its brief in opposition thereto.

5. Defendants have consented to this request.

6. No party will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff Hardee's Food Systems, Inc. respectfully requests an extension of time, up to and including July 13, 2009, in which to file its response brief in opposition to the Motion.

Respectfully submitted,

THE STOLAR PARTNERSHIP LLP

/s/ Michael A. Fisher
Charles Alan Seigel #4324
Michael A. Fisher, #3106
Matthew J. Aplington, # 534499
cas@stolarlaw.com
maf@stolarlaw.com
maplington@stolarlaw.com

911 Washington Avenue, 7th Floor
St. Louis, Missouri 63101
Tel.:  (314) 231-2800
Fax:  (314) 436-8400

Attorneys for Defendant Hardee's Food Systems, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 16th day of June, 2009 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Gregory C. Mollett, Esq.
gcm@greensfelder.com
Gregory E. Anderson, Esq.
gea@greensfelder.com
Greensfelder, Hemker, & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 241-9090
(314) 345-4792 facsimile


with an electronic copy to:

L. Michael Hankes, Esq.
mh@hankeslaw.com
63 Commercial Wharf
Boston, Massachusetts 02110
(617) 723-1144
(617) 723-0304 facsimile


                                                       /s/ Michael A. Fisher



09028027.doc